UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTONIO HUGGINS, et al.,

Plaintiffs,

v.

KRATOS DEFENSE & SECURITY SOLUTIONS, INC., et al.,

Defendants.

Case No.  18-cv-03976-PJH

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION TO DISMISS THIS ACTION**

Re: Dkt. No. 31

The court has reviewed Magistrate Judge Corley's report and recommendation to dismiss this action.  Dkt. 31.  Plaintiff failed to file any objections to the report.  The court finds the report correct, well-reasoned, and thorough.  Accordingly, the court adopts the report in full.

**IT IS SO ORDERED.**

Dated: September 8, 2021

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge