UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO HUGGINS, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>KRATOS DEFENSE & SECURITY SOLUTIONS, INC., et al.,<br><br>    Defendants. | Case No. 18-cv-03976-PJH<br><br>**JUDGMENT** |

The court having dismissed this case,

it is Ordered and Adjudged

that plaintiff take nothing, and that the action be dismissed.

**IT IS SO ORDERED.**

Dated: September 8, 2021

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge